UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 05-30029-m-MAP 2b |
| ) | |
| vs. ) | VIOLATIONS: |
| ) | |
| FRANCIS X. MARONEY, ) | 18 U.S.C. § 201(b)(2) - |
| ) | Federal Bribery (Count One) |
| <u>Defendant.</u> ) | |
| | 18 U.S.C. § 1503 - Obstruction of Justice |

The United States Attorney charges:

**INFORMATION**

<u>COUNT ONE</u>:    Title 18, United States Code, Section 201(b)(2)(A), (B), and (C) - Federal Bribery

On or about the summer, 2000, within the District of Massachusetts,

**FRANCIS X. MARONEY,**

defendant herein, being a public official, did knowingly and corruptly receive and accept approximately $40,000.00 worth of free goods and services for the construction of a new personal residence from Manny's Plumbing & Heating, Inc. and Valley Floor Covering, Inc., all with the intent of being influenced in the performance of an official act; being influenced to commit and aid in committing and to collude in, and allow, a fraud, and to make opportunity for the commission of a fraud; and being influenced to act or omit to do an act in violation of official

1

duties, that is, among other things, to fraudulently generate Springfield Housing Authority bid proposals, collude in the preparation of Springfield Housing Authority bid proposals, and facilitate the payment of the personal expenses of members of the Asselin family and Sotirion family through the Springfield Housing Authority.

All in violation of Title 18, United States Code, Sections 201(b)(2)(A), (B) and (C).

**COUNT TWO:**     **Title 18, United States Code, Section 1503 - Obstruction of Justice**

Between on or about September, 2002 through on or about December, 2003, within the District of Massachusetts,

**FRANCIS X. MARONEY,**

defendant herein, did corruptly influence, obstruct and impede, and endeavor to influence, obstruct and impede, the due administration of justice by failing to disclose the receipt of free goods and services for the construction of a new personal residence from Springfield Housing Authority contractors and cash bribes from Paul A. Bannick.

All in violation of Title 18, United States Code, Section 1503.

Filed this _____ day of June, 2005.

                          MICHAEL J. SULLLIVAN
                          United States Attorney

                          _____
                          KEVIN O'REGAN
                          Assistant United States Attorney
                          Chief, Springfield Division

                          WILLIAM M. WELCH II
                          Assistant United States Attorney