AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF __Massachusetts__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Francis X. Maroney | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 05-30029-MAP |

I, __Francis X. Maroney__, the above named defendant, who is accused of __Bribery - 18: 201(b)(A)(B)(c)__
__Obstruction of Justice - 18: 1503__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __June 9, 2005__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __Michael A. Ponsor__ 6-9-05
Judge