# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES

**v.**

FRANCIS X. MARONEY.

**APPEARANCE**

Case Number: 05-CR-30029-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| October 27, 2006 | /s/ Steven H. Breslow |
| Date | Signature |
| | Steven H. Breslow |
| | Print Name     Bar Number |
| | 1550 Main Street, Room 310 |
| | Address |
| | Springfield     MA     01103 |
| | City     State     Zip Code |
| | 413-785-0330     413-785-0394 |
| | Phone Number     Fax Number |